AUSA: Roy R. Kranz  Telephone: (989) 895-5712
Agent: Nick Diedrich, BIA  Telephone: (989) 775-4700
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Austin Keezhig Floyd

Case No. 1:21-mj-30080
Judge: Unassigned,
Filed: 02-18-2021 At 12:52 PM
CMP USA v. Austin Keezhig Floyd (krc)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/18/21__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1151  18 U.S.C. § 1153  18 U.S.C. § 113(a)(3) | Defendant, an Indian, within Indian country, assaulted, that is, intentionally wounded Z.M. with a dangerous weapon with the intent to do bodily harm. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Nick Diedrich, BIA
Printed name and title

Sworn to before me and signed in my presence, and/or by reliable electronic means.

Date: 2/18/2021

_____
Judge's signature

City and state: Bay City, Michigan

Patricia Morris, United States Magistrate Judge
Printed name and title

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
# FOR AUSTIN KEEZHIG FLOYD

I, Nick Diedrich, being duly sworn, depose and state:

1. I am an officer with the Bureau of Indian Affairs and have been a law enforcement officer for approximately 12 years. During my career I have been involved in numerous investigations concerning assaults. The following is based on a statement from witnesses and statements from other law enforcement officers and individuals.

2. The information included in this affidavit is provided for the limited purpose of establishing probable cause that Austin Keezhig Floyd committed the offenses of Assault with a Dangerous Weapon on or about February 18, 2021, in violation of 18 U.S.C. §113(a)(3) and therefore it does not contain all of the facts known to me. Additionally, unless otherwise noted, wherever in this affidavit I assert that an individual made a statement, that statement is described in substance herein and is not intended to be a verbatim recitation of such statement.

3. On or about February 18, 2021, Austin Floyd, an Indian, assaulted his cousin, Z.M. on the Isabella Reservation in Indian country. During that assault, Floyd intentionally stabbed the victim with a large a knife. This injury required immediate medical treatment.

1

4. Based on the above-described information, there is probable cause to believe that on or about February 18, 2021, Austin Floyd committed an assault with a dangerous weapon, in violation of 18 U.S.C. § 113(a)(3).

_____
Nick Diedrich
BIA

Sworn to before me and signed in my presence
and/or by reliable electronic means this 18th day of February 2021.

_____
HON. PATRICIA MORRIS
United States Magistrate Judge